Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendant
DEPUTY HAL MORRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| NAPOLEON SANDEFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARLES PLUMMER, U. S. MARSHAL SERVICE, ALAMEDA COUNTY SHERIFF'S OFFICE, AND UNKNOWN AGENTS,<br><br>    Defendants. | Case No.: C06-06794 SBA<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE DISPOSITIVE MOTIONS |

Good cause appearing, Defendant's Request for Extension of Dispositive Motion Deadline, is GRANTED. No later than August 9, 2008, defendant must file and serve his dispositive motion, or notify the court that defendant is of the opinion that this case cannot be resolved by such a motion. In all other respects, the terms of the Court's December 21, 2007, Order Of Partial Dismissal, Service Of Due Process Claim, And Dismissing Remaining Claims With Leave To Amend remain in effect.

IT IS SO ORDERED.

Dated: 5/8/08

_Saundra B. Armstrong_
Saundra B. Armstrong
United States District Judge

1

*Sandeford v. Plummer, et al.*/Case #C06-06794 SBA
[Proposed] Order Extending Time For Defendants To File Dispositive Motions