Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendant
ALAMEDA COUNTY SHERIFF'S DEPARTMENT (municipal defendant)
ALAMEDA COUNTY SHERIFF CHARLES PLUMMER (supervisory defendant)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| NAPOLEON SANDEFORD,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHARLES PLUMMER, U. S. MARSHAL SERVICE, ALAMEDA COUNTY SHERIFF'S OFFICE, AND UNKNOWN AGENTS,<br><br>  Defendants. | Case No.: C06-06794 SBA<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS ALAMEDA COUNTY SHERIFF'S OFFICE AND ALAMEDA COUNTY SHERIFF CHARLES PLUMMER TO FILE DISPOSITIVE MOTION** |

Good cause appearing, Defendants Alameda County Sheriff's Office's and Alameda County Sheriff Charles Plummer's Request for Extension of Dispositive Motion Deadline, is GRANTED.  No later than December 4, 2009, defendants must file and serve their dispositive motion, or notify the court that defendants are of the opinion that this case cannot be resolved by such a motion.  In all other respects, the terms of the Court's September 1, 2009 Order Reviewing Amendment To The Complaint; Ordering Service Of Cognizable Claims; Dismissing Non-Cognizable Claims; And Addressing Pending Motions remain in effect.

IT IS SO ORDERED.

Dated: 10/19/09

*Saundra B. Armstrong*
Saundra B. Armstrong
United States District Judge

1

*Sandeford v. Plummer, et al./*Case #C06-06794 SBA
[Proposed] Order Extending Time For Defendants Alameda County Sheriff's Office And Alameda County Sheriff Charles Plummer To File Dispositive Motion

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  NAPOLEON SANDEFORD,
7
8              Plaintiff,
9
10     v.
11
12  CHARLES PLUMMER et al,
13
14              Defendant.                      /
15
16
17                                    Case Number: CV06-06794 SBA
18
19                              **CERTIFICATE OF SERVICE**
20
21
22  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
23
24
25  That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing
    said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
26  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
27  delivery receptacle located in the Clerk's office.
28

*Sandeford v. Plummer, et al./*Case #C06-06794 SBA
[Proposed] Order Extending Time For Defendants Alameda County Sheriff's Office And Alameda
County Sheriff Charles Plummer To File Dispositive Motion

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Napoleon Sandeford 97606-011

United States Penitentiary (USP)

Cornell Corrections

111 Taylor Street

San Francisco, CA 94102


Dated: October 21, 2009

                                        Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk

3

*Sandeford v. Plummer, et al./*Case #C06-06794 SBA
[Proposed] Order Extending Time For Defendants Alameda County Sheriff's Office And Alameda County Sheriff Charles Plummer To File Dispositive Motion

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570