1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    NAPOLEON SANDEFORD,                    No. C 06-06794 SBA (PR)

12                  Plaintiff,               **ORDER DENYING MOTION FOR
                                             APPOINTMENT OF COUNSEL AND
13           v.                              GRANTING PLAINTIFF AN
                                             EXTENSION OF TIME TO FILE
14    CHARLES PLUMMER, et al.,               OPPOSITION TO MOTION FOR
                                             SUMMARY JUDGMENT**
15                  Defendants.
                                        /
16

17           Plaintiff has filed a second motion for appointment of counsel to represent him in this action.

18

19           There is no constitutional right to counsel in a civil case unless an indigent litigant may lose

20    his physical liberty if he loses the litigation.  See Lassiter v. Dep't of Soc. Servs., 452 U.S. 18, 25

21    (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in

22    § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952 (9th Cir. 1998)

23    (en banc).  The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only

24    in "exceptional circumstances," the determination of which requires an evaluation of both (1) the

25    likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se

26    in light of the complexity of the legal issues involved.  See id. at 1525; Terrell v. Brewer, 935 F.2d

27    1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of

28    these factors must be viewed together before reaching a decision on a request for counsel under

      § 1915.  See id.

*United States District Court*
*For the Northern District of California*

1          Here, there are no exceptional circumstances which would warrant seeking volunteer counsel

2    to accept a pro bono appointment.  Plaintiff has been able to articulate his claims adequately pro se

3    in light of the complexity of the issues involved.  See Agyeman v. Corrs. Corp. of Am., 390 F.3d

4    1101, 1103 (9th Cir. 2004).  Furthermore, the issues presented in Defendants' Motion for Summary

5    Judgment are straightforward.  Accordingly, the request for appointment of counsel at this time is

6    DENIED.

7          The Court on its own motion GRANTS Plaintiff an extension of time in which to file his

8    opposition to Defendants' Motion for Summary Judgment.  The time in which Plaintiff may file his

9    opposition to Defendants' Motion for Summary Judgment will be extended up to and including

10   **February 1, 2010.**

11         If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after

12   the date Plaintiff's opposition is filed.

13         This Order terminates Docket no. 58.

14         IT IS SO ORDERED.

15   DATED: 12/17/09                                    _Saundra B Armstrong_

16                                                       SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   NAPOLEON SANDEFORD,
4                                           Case Number: CV06-06794 SBA
              Plaintiff,
5                                           **CERTIFICATE OF SERVICE**
       v.
6
   CHARLES PLUMMER et al,
7
              Defendant.
8  _____/

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Napoleon Sandeford AJQ254
16 Glen Dyer Facility
   550 6th Street
17 Oakland, CA 94607

18 Dated: December 21, 2009
                                            Richard W. Wieking, Clerk
19                                          By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California