IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON SANDEFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES PLUMMER, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 06-6794 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF A SECOND BRIEF EXTENSION OF TIME TO FILE OPPOSITION** |

　　Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' dispositive motion. Plaintiff has previously been granted an extension of time to file his opposition. In an Order dated January 13, 2010, the time for Plaintiff to file an opposition was extended up to and including February 15, 2010. Having read and considered Plaintiff's request and the accompanying declaration filed by Plaintiff,

　　IT IS HEREBY ORDERED that Plaintiff's second request for an extension of time is GRANTED. Plaintiff claims that he needs an extension because he was "moved from Glen Dyer to Dublin Federal Detention Center on 2-3-10 [and] all [his] legal work was taken from [him] . . . ." (Mot. for EOT at 1.) He alleges that as of February 9, 2010, he had not yet received his "legal work"; however, he was told that he would receive his "legal work by the end of the week." (Id.) Thus, Plaintiff should have received his "legal work" on or around February 12, 2010. Accordingly, the Court finds a brief extension of time for Plaintiff to file his opposition is warranted. Plaintiff must file his opposition to Defendants' dispositive motion no later than **March 1, 2010.** Defendants may file their reply to the opposition no later than **March 15, 2010.**

　　**No further extensions will be granted absent exigent circumstances**.

　　This Order terminates Docket no. 68.

　　IT IS SO ORDERED.

DATED: 2/16/10

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.06\Sandeford6794.grant2ndEOToppn.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NAPOLEON SANDEFORD,

    Plaintiff,

v.

CHARLES PLUMMER et al,

    Defendant.

Case Number: CV06-06794 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Napoleon Sandeford UJH289
Federal Detention Center
5675 8th Street
Camp Parks
Dublin, CA 94568

Dated: February 17, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Sandeford6794.grant2ndEOToppn.frm    2