United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAPOLEON SANDEFORD,

        Plaintiff,

    v.

CHARLES PLUMMER, et al.,

        Defendants.

_____/

No. 06-6794 SBA (PR)

**ORDER GRANTING PLAINTIFF A THIRD BRIEF EXTENSION OF TIME TO FILE OPPOSITION**

On February 11, 2010, Plaintiff filed a second request for an extension of time in which to file his opposition to Defendants' dispositive motion. Plaintiff had previously been granted an extension of time to file his opposition. In an Order dated February 16, 2010, the Court granted Plaintiff's second request for an extension of time and directed him to file his opposition to Defendants' dispositive motion no later than March 1, 2010. On February 17, 2010, a copy of the February 16, 2010 Order was mailed to Plaintiff at the federal detention center adjacent to the Federal Correctional Institution (FCI) in Dublin.

On March 4, 2010, the Court's February 16, 2010 Order was returned as undeliverable because officials at the federal detention center were "unable to identify" Plaintiff using "UJH289," the identification number indicated on the Certificate of Service attached to the Order. The Clerk of the Court has since determined that Plaintiff's identification number is "97606-011."

Because the March 1, 2010 deadline has passed and Plaintiff never received his copy of the February 16, 2010 Order, the Court finds another brief extension of time for Plaintiff to file his opposition is warranted. Plaintiff must file his opposition to Defendants' dispositive motion no later than **March 15, 2010.** Defendants may file their reply to the opposition no later than **March 22, 2010. No further extensions will be granted absent exigent circumstances**.

IT IS SO ORDERED.

DATED: 3/8/10

_____
*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG

P:\PRO-SE\SBA\CR.06\Sandeford6794.grant3rdEOToppn.frm

United States District Court
For the Northern District of California

1                                                                    United States District Judge

2

3   UNITED STATES DISTRICT COURT
    FOR THE
4   NORTHERN DISTRICT OF CALIFORNIA

5   NAPOLEON SANDEFORD,
                                                      Case Number: CV06-06794 SBA
6            Plaintiff,
                                                      **CERTIFICATE OF SERVICE**
7      v.

8   CHARLES PLUMMER et al,

9            Defendant.
                                          /
10  ————————————————————

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12  Court, Northern District of California.

13  That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.

15

16

17

18  Napoleon  Sandeford 97606-011
    Federal Detention Center
19  5675 8th Street
    Camp Parks
20  Dublin,  CA 94568

21  Dated: March 10, 2010

22                                                    Richard W. Wieking, Clerk
                                                      By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.06\Sandeford6794.grant3rdEOToppn.frm          2